THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO TSAGARIS, Respondent, against SHERIFF OF THE COUNTY OF KINGS, Defendant.

F. F. & C. RESTAURANT, INC., Appellant.

Submitted January 17, 1938; decided January 18, 1938.

*Isaac Weinberg* for motion.

*S. Stanley Kreutzer* opposed.

Motion granted and appeals dismissed.